**Appeal Dismissed and Memorandum Opinion filed August 12, 2025**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00057-CV

---

**GBOLAHANMI ALADE, Appellant**

**V.**

**WRPV III SOUTHSIDE FLATS , LLC D/B/A SOUTHSIDE, Appellee**

---

**On Appeal from the County Court at Law No 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-25-00350-E**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed on February 25, 2025. Appellant's brief was due in this Court on May 7, 2025. On May 15, 2025, we issued a notice stating that unless appellant filed a brief on or before May 30, 2025, the appeal would be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

To date, appellant has not filed a brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.